OPINION — AG — IT WOULD BE UNLAWFUL TO EMPLOY WAGONER ENTERPRISES TO PREPARE THE SCHOOL BUDGET AND AUDIT IF APPROPRIATED FUNDS WERE USED TO PAY FOR THE SERVICE; HOWEVER, THE EMPLOYMENT WOULD BE APPROPRIATE IF PAYMENT WERE MADE FROM SCHOOL DISTRICT FUNDS NOT DERIVED FROM APPROPRIATIONS. (CONFLICT OF INTEREST) CITE: ARTICLE V, SECTION 23 (JEFF HARTMANN) ** SEE: OPINION NO. 74-166 (1974) **